IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL C. MOMYER, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-3040-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The decision of the Administrative Law Judge is reversed and the Commissioner is directed to compute and award supplemental security income disability benefits to Plaintiff with an onset date of August 31, 2004.

Dated: September 26, 2007

ROBERT L. PHELPS
Clerk

/s/ des

(By) Deputy Clerk